**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cr-5 |
| | ) | Judge Trauger |
| | ) | Magistrate Judge Frensley |
| JASON JERKINS,<br>    Defendant | ) | |
| | ) | |

## O R D E R

For the reasons stated on the record in open court, the Defendant shall be detained

pending trial.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge